FILED
2008 APR 11 PH 4:15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

 _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                Plaintiff )   CRIMINAL NO. 08CR1123-WQH
                 )                      08MJ0801
        vs. )   ORDER
                 )   RELEASING MATERIAL WITNESS
Jose Sanchez-Salto )
              Defendant(s) )   Booking No.
                 )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Martin Mendez-Morales

DATED: 4-10-08

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                                  OR
        DUSM

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082